**NATIONAL LABOR RELATIONS BOARD v. J. J. STANTON, Doing Business as J. J. Stanton Transportation Company.**

No. 2506.

Circuit Court of Appeals, Tenth Circuit.

Feb. 18, 1942.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Wilbur M. Alter, of Denver, Colo., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

472

PER CURIAM.

Consent decree enforcing the order of the Board pursuant to stipulation of the parties.